IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MORGAN MIZELLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-198 |
| | ) | |
| WELLPATH LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is the parties' consent motion that no party, including the medical Defendants, is required to file an additional answer to Plaintiff's amended complaint. (Doc. no. 72.) Specifically, the parties ask the Court to accept the medical Defendants' previously filed answers, (doc. nos. 22, 45-60), as answers to Plaintiff's amended complaint, (doc. no. 44). Upon consideration, the Court **GRANTS** the motion. (Doc. no. 72.) Defendants are not required to file any additional pleadings in response to Plaintiff's amended complaint.

SO ORDERED this 21st day of February, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA